UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 07-CV-21001-Martinez/Brown
00-CR-239-Martinez/Brown

JUAN MIGUEL GONZALEZ,

    Petitioner/Defendant,

v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

_____/

## ORDER VACATING CONVICTION AND SENTENCE PREMISED UPON PLEA AGREEMENT

THIS MATTER having come before the Court on the joint motion of the parties to resolve the litigation through the vacating of the conviction under Count III, with such vacating conditioned upon a plea of guilty to Count III of the Superseding Indictment, charging the Defendant with conspiracy to import into the United States five (5) kilograms or more of cocaine, in violation of Title 21, U.S.C. § 963 and 960(b)(1)(B), and the Court having indicated its intention to accept the Plea Agreement filed in this cause in the civil case under Docket Entry 59-2, a copy of which is incorporated by reference herein, it is hereby,

ORDERED AND ADJUDGED that the Defendant's conviction and sentence under Count III of the Superseding Indictment be and hereby is vacated upon his formal tender of a guilty plea and imposition of sentence pursuant to the referenced plea agreement.

DONE AND ORDERED in Open Court this 8th day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Michael J. Mullaney, Special AUSA
    Harriett Galvin, AUSA
    Neil M. Schuster, P.A.